**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**A.M.P.**,

Petitioner,

v.

**LAURA HERMOSILLO**, Acting Field Office Director, Seattle Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operation, *et al.*,

Respondents.

Case No. 3:26-cv-00599

**ORDER**

**IMMERGUT, District Judge.**

The parties' Stipulated Motion to Change or Transfer Venue, ECF 9, is GRANTED. Pursuant to the stipulated motion, the Court orders the Clerk of the Court to immediately transfer this matter to the Western District of Washington.

**IT IS SO ORDERED.**

DATED this 27th day of March, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge